UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WATERVALE MARINE CO., LTD., as owner of the M/V AGIOS EMILIANOS, and ILIOS SHIPPING CO., S.A., operator of the M/V AGIOS EMILIANOS, and ACHILLEA NAVIGATION CORP., as owner of the M/V STELLAR WIND, and CLEOPATRA SHIPPING AGENCY LTD., as operator of the M/V STELLAR WIND, and MERCATOR LINES (SINGAPORE) PTE, LTD., as owner of the M/V GAURAV PREM, and TARGET SHIP MANAGEMENT PTE, LTD., as operator of the M/V GAURAV PREM, and BULKERS HOLDING, INC., as owner of the M/V POLYNEOS, and ODYSEA CARRIERS S.A., as operator of the M/V POLYNEOS, Plaintiffs, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES COAST GUARD Defendants. | Case No.: 1:12-cv-00105-RJL |

UNITED STATES' NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Defendants, the United States Department of Homeland Security and the United States Coast Guard, hereby give notice of the filing of supplemental authority. On May 17, 2013, Plaintiffs filed a "Motion for Leave to File a Supplemental Memorandum of Points and Authorities [ECF No. 23]." Therein, they represented that "Plaintiffs' Cross Motion for Summary Judgment warrants supplementation in light of the issuance of a decision on May 8, 2013, by the United States District Court for the Eastern District of Virginia." *See Angelex v. United States*, No. 13-237, 2013 U.S. Dist. LEXIS 65846; 2013 WL 1934490 (E.D. Va. May 8, 2013). By Minute Entry of May 20, 2013, the Court granted Plaintiffs' motion and their brief was filed [ECF No. 24]. Defendants were given an opportunity to respond, which occurred [ECF No. 25]. The Fourth Circuit has now issued a decision in the *Angelex* case, reversing the district court. A copy of *Angelex v. United States*, Case No. 13-1610 (4th Cir. Jul. 22, 2013) (Opinion) is attached hereto for the Court's consideration.

DATED:       July 22, 2013

                Respectfully submitted,

                STUART F. DELERY
                Acting Assistant Attorney General

                RONALD C. MACHEN JR.
                United States Attorney

                */s/ Michael A. DiLauro*
                MICHAEL A. DiLAURO
                Trial Attorney
                Aviation & Admiralty Litigation
                Torts Branch, Civil Division
                U.S. Department of Justice
                (overnight courier)
                1425 New York Ave., N.W., Ste. 10146
                Washington, D.C. 20005
                (mailing)
                P.O. Box 14271
                Washington, D.C. 20044 4271
                Telephone: (202) 616 4047
                Facsimile: (202) 616 4159
                michael.dilauro@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on July 22, 2013, the foregoing was filed using the Court's CM/ECF filing system, which will send electronic notification of this filing to counsel of record.

>  */s/ Michael A. DiLauro*
> MICHAEL A. DiLAURO
> Trial Attorney
> Aviation & Admiralty Litigation
> Torts Branch, Civil Division
> U.S. Department of Justice
> (overnight courier)
> 1425 New York Ave., N.W., Ste. 10146
> Washington, D.C. 20005
> (mailing)
> P.O. Box 14271
> Washington, D.C. 20044 4271
> Telephone: (202) 616 4047
> Facsimile: (202) 616 4159
> michael.dilauro@usdoj.gov